# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No:   5:05CR235-10 |
| MICHAEL DWAYNE HOWELL, a/k/a "Black" ) | USM No:   21516-058 |
| ) | |
| Date of Previous Judgment:   April 17, 2007 ) | Randolph Lee |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   ■ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level:   33 | | Amended Offense Level:   31 | |
| Criminal History Category:   III | | Criminal History Category:   III | |
| Previous Guideline Range:   240 to 293 months | | Amended Guideline Range:   240 to 240 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):   No reduction as the guideline range remains unchanged due to the mandatory statutory minimum sentence. Note: the previous guideline range of 240 to 293 months from an offense level of 33 and a criminal history category of III is incorrect (it should be 240 months).

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   April 17, 2007,   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   January 12, 2010

Effective Date:   January 12, 2010
   (if different from order date)

Richard L. Voorhees
United States District Judge